# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

128137 & (126)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MATTHEW SARAMPOTE,
      Defendant-Appellant.

SC: 128137
COA: 237031
Wayne CC: 00-007169-01

_____/

      By order of September 21, 2005, the prosecuting attorney was directed to answer the defendant's application for leave to appeal. On order of the Court, the brief having been filed, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

s0120